Jeremy MATSON 00690184
*(full name/prisoner number)*
2210 BARRiSTER DR.
Boise ID. 83704

*(complete mailing address)*

U.S. COURTS

SEP 11 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Jeremy Lacy MATSON,
*(full name)*
　　　　　Plaintiff,

v.

John Doe (1) John and Jane
Does (2-10); and others
Not yet named in their individual
capacities

　　　　　Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes　○ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☒ Other federal statute *(specify)* 28 U.S.C. 2241 ; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Jeremy L. MATSON . I am a citizen of the State of Idaho ,
presently residing at 2210 BARRiSTER DRive, Boise, Idaho 83704

PRISONER COMPLAINT - p. 1_　　　　　　　　　　　　　　　　　　　　*(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **John and Jane Does (1-10)**, who was acting as **Deputy, Corporal, Sergeant and/or Sheriff** *(defendant)* *(job title, if a person; function, if an entity)*

   for the **County of Ada, Idaho**.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **7/20/20 to present** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Believing their course of action/inaction to be most expedient & cost-effective, defendants have been deliberately indifferent to my medical needs by (1) continuing to allow inmate workers to serve other inmates food knowing they are asymptomatic for covid-19 (2) requiring inmates to wear (masks) cross contaminated with covid-19 (3) exposing the entire inmate population of "700 Block" to covid-19 by removing neither the positive or negative inmates; and (4) denying adequate medical attention. Because of these, over 90 inmates in 700 Block(s) contracted covid-19 and the number continues to grow as these violations are unabated.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: The aforementioned acts & omissions violated my federal constitutional rights under the Fifth, Eighth & Fourteenth Amendments, as well as Idaho state tort & negligence law.

4. I allege that I suffered the following injury or damages as a result: I was unnecessarily put at risk of and contracted a serious medical condition unnecessarily.

5. I seek the following relief: Compensatory and punitive damages, as well as injunctive and equitable relief.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☐ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 2_ *(Rev. 10/24/2011)*

*Defendants prevented me from exhausting remedies by denying access to them*

### D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ○ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

*Given the complexity of this suit, the number of individuals involved, my lack of training in law, I request appointment of counsel AND class certification.*

### F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 8/27/20 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* _____.

Executed at **Ada County** *(Location)* on **8/27/20** *(Date)*

*[signature]*
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.